*Thomas S. Carey* for the plaintiff.

*Robert J. Whipple & Henry C. Horner* for the defendant.

MARY DOLEVA & another *vs.* ROBERT W. BRAMLEY & others. January 3, 1963. Exceptions overruled. Judgment for the defendants. Following the decision in *Doleva* v. *Tedeschi's Super Market, Inc.* 344 Mass. 539, two

---

[1] The companion case is by Martha C. Mingolla against Henry M. Mingolla.

plaintiffs in that case brought the present action "for deceit, conspiracy and negligence." The defendants are (1) Tedeschi's Super Markets, Inc., a defendant in the earlier action[1]; (2) its insurer, Aetna Insurance Company; (3) its counsel in the earlier action; (4) Halpern Associates, Inc., successor of Halpern-Abelson, Inc., a defendant in the earlier action; (5) that defendant's attorney in the earlier action; and (6) an employee of Tedeschi's Super Markets, Inc. Successive demurrers were sustained to the original declaration of eighteen counts and to two amended declarations. Leave further to amend has been refused. In the second amended declaration, which is the only one before us (*Vieira* v. *Menino,* 322 Mass. 165, 170), there are eight counts which occupy fourteen pages of the printed record. The counts do not state concisely and with substantial certainty the substantive facts necessary to constitute a cause of action. G. L. (Ter. Ed.) c. 231, § 18, Fourth. A trial on this declaration would be a travesty of confusion.

*Mario P. Alfieri* for the plaintiffs.

*Bertram A. Sugarman* for the defendants Aetna Insurance Company & another.

*Salvatore F. Stramondo* for the defendant Charles A. Young, II.

*Lester E. Callahan* for the defendants Tedeschi's Super Markets, Inc. & another.

---

[1] In the writ in the earlier case this defendant was described as Tedeschi's Super Market, Inc.